UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY HENLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-135** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **SECTION "E" (5)** |

## ORDER

**IT IS ORDERED** that this action be and hereby is **ADMINISTRATIVELY CLOSED**. The Clerk of Court shall mark this action as "CLOSED" for statistical purposes. This Court shall retain jurisdiction, and this case shall be restored to the trial docket upon motion of a party if circumstances change, so that they may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**New Orleans, Louisiana, this 25th day of October, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**